UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nathan Christopher Braun, | File No. 22-cv-528 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, County of Washington, City of Bayport, and Minnesota Department of Corrections, *each in its Municipal Capacity*; Paul Schnell, *Commissioner of Corrections, Respondeat Superior Capacity*; Guy Bosch, *MCF-STW Warden, Respondeat Superior Capacity*; Victor Wanchena, *Associate Warden of Administration, Official and Personal Capacity*; CPD Huppert, *Official and Personal Capacity*; L. McCoy, *Official and Personal Capacity*; MCF-STW, *Municipality*, | |
| Defendants. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on September 22, 2022. ECF No. 18. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2. Defendants State of Minnesota, County of Washington, City of Bayport, Minnesota Department of Corrections, Paul Schnell, Guy Bosch, and MCF-STW, are

**DISMISSED WITHOUT PREJUDICE** from this action pursuant to 28 U.S.C. § 1915A; and

3. Plaintiff Christopher Braun's claims related to his transfer to another prison facility and alleged assault at that facility, and the alleged impact of that transfer on his ability to meet deadlines in other lawsuits [ECF No. 1 at 12–14] are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A.


Dated:  October 24, 2022            s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court