UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nathan Christopher Braun, | File No. 22-cv-528 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, County of Washington, City of Bayport, Minnesota Department of Corrections, Guy Bosch, Victor Wanchena, CPD Huppert, L. McCoy, and MCF-STW, | |
| Defendants. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on December 27, 2022. ECF No. 33. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 33] is **ACCEPTED**;

2. Defendants' Motion to Dismiss [ECF No. 24] is **GRANTED IN PART**, and Plaintiff's claims for declaratory and injunctive relief, as well as Plaintiff's individual capacity claims brought against the remaining Defendants Wanchena, Huppert, and McCoy, are **DISMISSED WITH PREJUDICE**; and

3. Defendants' Motion to Dismiss [ECF No. 24] is **DENIED IN PART** as to Plaintiff's official capacity claims for compensatory and punitive damages.

Dated:  January 25, 2023                    s/ Eric C. Tostrud
                                                               Eric C. Tostrud
                                                               United States District Court

CASE 0:22-cv-00528-ECT-DJF   Doc. 38   Filed 01/25/23   Page 2 of 2