UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nathan Christopher Braun, | File No. 22-cv-528 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| State of Minnesota, County of Washington, City of Bayport, Minnesota Department of Corrections, Guy Bosch, Victor Wanchena, CPD Huppert, L. McCoy, and MCF-STW, | |
| Defendants. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on January 17, 2023. ECF No. 37. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 37] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 1, 2023    s/ Eric C. Tostrud
                           Eric C. Tostrud
                           United States District Court